UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR, | No. 2: 19-cv-0450 KJN P |
| Plaintiff, | |
| v. | ORDER |
| KUERSTEN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 11, 2019, the United States District Court for the Northern District Court transferred the instant action to this court. (ECF No. 25.)

On September 25, 2018, the Northern District issued a scheduling order in this action. (ECF No. 18.) Pursuant to the scheduling order, the deadlines for filing amended pleadings and motions for summary judgment regarding administrative exhaustion have passed. (Id.) The discovery deadline is April 19, 2019, and the close of expert discovery is June 7, 2019. (Id.) The last day to hear dispositive motions is August 1, 2019. (Id.)

The parties are directed to file a joint proposed scheduling order addressing the deadlines for discovery, expert discovery and dispositive motions. The undersigned anticipates that the proposed deadlines will be similar to those contained in the Northern District's scheduling order. Following receipt of the joint proposed scheduling order, and the party's response to the form

1

regarding consent to the jurisdiction of the magistrate judge, the undersigned will issue a further scheduling order.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, the parties shall submit a joint proposed scheduling order, as discussed above.

Dated: March 27, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Tay450.41