UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR, | No. 2: 19-cv-00450 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| KUERSTON, et al., | |
| Defendants. | |

On October 2, 2019, the parties submitted a proposed stipulation and protective order. (ECF No. 37.)

Pursuant to stipulation, IT IS HEREBY ORDERED that the parties shall abide by the terms of the stipulated protective order filed October 2, 2019.

Dated: October 10, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Tay450.stip