UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KUERSTON, et al.,<br><br>　　　　　Defendants. | No. 2: 19-cv-00450 TLN KJN P<br><br><br><br>ORDER |

On October 17, 2019, the parties submitted a proposed stipulation. Pursuant to stipulation, IT IS HEREBY ORDERED that the scheduling order is modified so that the fact-discovery cut-off date is extended to November 12, 2019. All other provisions of the scheduling order remain the same.

Dated: October 29, 2019

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Tay450.stip(2)

1