UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KUERSTON, et al.,<br><br>　　　　　Defendants. | No. 2: 19-cv-0450 TLN KJN P<br><br><br>ORDER |

On November 26, 2019, the parties submitted a proposed stipulation. Pursuant to the stipulation, IT IS HEREBY ORDERED that the last day to file and serve dispositive motions is extended, by twenty days, to December 26, 2019; the last day to file and serve oppositions to dispositive motions is extended to January 9, 2020; the last day to file and serve replies in support of dispositive motions is extended to January 22, 2020; all dispositive motions shall be heard on or before January 30, 2020. All other provisions of the scheduling order remain the same.

Dated: December 12, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Tay450.stip(3)

1