UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>KUERSTON, et al.,<br><br>Defendants. | No. 2: 19-cv-0450 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Defendants' summary judgment motion is pending before the court. (ECF No. 45.)

The pretrial conference is set for March 12, 2020, before the undersigned. The jury trial is set for April 20, 2020, before the Honorable Troy L. Nunley. Because defendants' summary judgment motion will not be resolved prior to March 12, 2020, the pretrial conference and jury trial are vacated. These dates will be reset following resolution of defendants' summary judgment motion, if appropriate.

////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The March 12, 2020, pretrial conference set before the undersigned is vacated;

2. The jury trial set for April 20, 2020, before the Honorable Troy L. Nunley is vacated.

Dated: February 12, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Tay450.vac