UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR, | No. 2: 19-cv-0450 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| KUERSTON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil right action pursuant to 42 U.S.C. § 1983. On March 26, 2020, a telephonic conference was held before the undersigned regarding defendants' motion to strike plaintiff's second opposition to defendants' summary judgment motion. (ECF No. 58.) Marisa Kirschenbauer and Nasstaran Ruhparwar appeared on behalf of defendants. Nathan Siedman appeared on behalf of plaintiff.

For the reasons stated at the telephonic conference, defendants' motion to strike plaintiff's second opposition is granted. Within three weeks of March 26, 2020, plaintiff shall file a third opposition to defendants' summary judgment motion. The third opposition will be limited to the same arguments and evidence cited in the original opposition. Plaintiff shall attach all evidence cited in the third opposition to the third opposition. As discussed at the March 26, 2020 telephonic hearing, plaintiff's third opposition shall set forth how the evidence cited responds to defendants' statement of undisputed facts.

1

Within two weeks of the March 26, 2020 telephonic conference, defendants may file a request for attorneys' fees based on the time spent preparing the motion to strike and attending the March 26, 2020 telephonic conference. Within one week thereafter, plaintiff may file briefing addressing whether he disputes any fees or costs requested by defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to strike plaintiff's second opposition (ECF No. 61) is granted;
2. Within three weeks of March 26, 2020, plaintiff shall file a third opposition in accordance with the order discussed above; defendants may file a reply within twenty-one days thereafter;
3. Within two weeks of March 26, 2020, defendants may file a request for attorneys' fees in accordance with the order discussed above; within one week thereafter, plaintiff may file briefing addressing whether he disputes any fees or costs requested by defendants.

Dated: March 30, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Tay450.oah