UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KUERSTON, et al.,<br><br>　　　　　Defendants. | No. 2: 19-cv-0450 TLN KJN P<br><br><br>ORDER |

Plaintiff has requested that the court seal confidential documents relating to the California Department of Corrections and Rehabilitation's investigation of plaintiff's complaint and the report of findings made during that investigation.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion to seal these documents (ECF No. 60-1-) is granted.

Dated: July 8, 2020

Tay450.seal

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1