UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>KUERSTON, et al.,<br><br>Defendants. | No. 2: 19-cv-00450 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for jury trial before the Honorable Troy L. Nunley on October 18, 2021.

On May 11, 2021, plaintiff's counsel filed a form titled "Consent Order Granting Substitution of Attorney." (ECF No. 92.) In this form, plaintiff's counsel requests court approval to withdraw from representing plaintiff, leaving plaintiff without counsel.

Local Rule 182(d) provides that an attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client and all parties who have appeared. Plaintiff's May 11, 2021 notice for substitution of attorney does not comply with Local Rule 182(2).[1]

---

[1] A motion to withdraw by plaintiff's counsel, pursuant to Local Rule 182(d), shall be noticed before Judge Nunley, the trial judge in this action.

1

Accordingly, IT IS HEREBY ORDERED that the plaintiff's May 11, 2021 notice of substitution (ECF No. 92) is disregarded.

Dated: May 12, 2021

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Tay450.ord