UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>KUERSTON, et al.,<br><br>Defendants. | No. 2: 19-cv-00450 TLN KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the reasons stated herein, plaintiff's counsel is directed to communicate with plaintiff regarding the status of counsel's representation of plaintiff.

On May 11, 2021, plaintiff's counsel filed a form titled "Consent Order Granting Substitution of Attorney." (ECF No. 92.) In this form, plaintiff's counsel requested to withdraw from representing plaintiff, leaving plaintiff without counsel. (Id.) On May 13, 2021, the undersigned ordered the May 11, 2021 notice of substitution disregarded. (ECF No. 93.) The May 13, 2021 order directed plaintiff's counsel to notice a motion to withdraw before Judge Nunley, the trial judge in this action. (Id.) Plaintiff's counsel has not filed a motion to withdraw.

On June 14, 2021, plaintiff himself filed a motion stating that his counsel stopped communicating with him on April 12, 2021. (ECF No. 95.) Plaintiff alleges that his counsel "totally abandoned" him. (Id.) On June 14, 2021, plaintiff also filed an application to proceed in

forma pauperis. (ECF No. 96.) These pleadings are disregarded because plaintiff is represented by counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. Within seven days of the date of this order, plaintiff's counsel shall send plaintiff a letter informing plaintiff of the status of his representation; if plaintiff does not receive this letter, he shall notify the court;
2. The Clerk of the Court is directed to serve a copy of this order on plaintiff, Kenneth Lee Taylor, J-89634, California Health Care Facility, P.O. Box 213040, Stockton, California, 95213;
3. Plaintiff's June 14, 2021 motion for substitution of attorney and motion to proceed in forma pauperis (ECF Nos. 95, 96) are disregarded;

Dated: June 25, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Tay450.ord(2).kc