UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>KUERSTON, et al.,<br><br>Defendants. | No. 2: 19-cv-00450 TLN KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 26, 2021, the undersigned ordered plaintiff to file his pretrial statement on or before January 7, 2022. (ECF No. 103.) Plaintiff did not file a pretrial statement.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the date of this order, plaintiff shall show cause why this action should not be dismissed for his failure to file a pretrial statement; failure to respond to this order will result in a recommendation of dismissal of this action;

2. The February 4, 2022 pretrial conference is vacated; defendants are relieved of the obligation to file a pretrial statement until further orders from the court.

Dated: January 13, 2022

Tay450.osc(2)

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE