UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,   Plaintiff,   v.   KUERSTON, et al.,   Defendants. | No. 2: 19-cv-00450 TLN KJN P   ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 26, 2021, the undersigned ordered plaintiff to file his pretrial statement on or before January 7, 2022. (ECF No. 103.) Plaintiff did not file a pretrial statement. Accordingly, on January 13, 2022, the undersigned ordered plaintiff to show cause within fourteen days why this action should not be dismissed for his failure to file a pretrial statement. (ECF No. 104.)

On January 18, 2022, plaintiff filed a motion for a sixty days extension of time to file his pretrial statement. (ECF No. 105.) Plaintiff alleges that he is in "COVID-19 pandemic quarantine." (Id.) Plaintiff allege that he does not know when he will be released from the quarantine. (Id.)

////

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The January 13, 2022 order to show cause is discharged;
2. Plaintiff's motion for an extension of time to file a pretrial statement (ECF No. 105) is granted;
3. Plaintiff shall file his pretrial statement on or before March 18, 2022; defendants' pretrial statement is due on or before April 1, 2022; the pretrial conference is set for April 8, 2022 before the undersigned. The pretrial conference will be conducted on the file only, without appearance by either party;
4. The jury trial, set for June 6, 2022, before the Honorable Troy L. Nunley, is confirmed.

Dated: January 25, 2022

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Tay450.dis