UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>                Plaintiff,<br><br>        v.<br><br>KUERSTON, et al.,<br><br>                Defendants. | No. 2: 19-cv-00450 TLN KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for jury trial before the Honorable Troy L. Nunley on July 25, 2022. Pending before the court is defendants' motion for incarcerated witness Andre Williams to attend the trial. (ECF No. 124.) Good cause appearing, defendants' motion is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for incarcerated inmate witness Andre Williams to attend the trial (ECF No. 124) is granted;

////
////
////
////

1

2. Defendants' request for a writ of habeas corpus ad testificandum for the personal appearance of inmate Andre Williams at the trial (ECF No. 118) is deemed resolved.

Dated: May 13, 2022

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Tay450.wrt