UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR, | No. 2: 19-cv-450 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| KUERSTON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On November 7, 2022, the undersigned ordered plaintiff to immediately serve defense counsel with all documents in his possession marked "Confidential-Attorneys' Eyes Only." (ECF No. 152.) The undersigned ordered plaintiff to file proof of service with the court of these documents on defense counsel. (Id.)

The court has not received proof of service by plaintiff on defense counsel of the documents discussed in the November 7, 2022 order.

Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, defendants shall inform the court whether they received from plaintiff the documents discussed in the November 7, 2022 order.

Dated: November 28, 2022
Tay450.ord(4)

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE