UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR, | No. 2: 19-cv-00450-TLN-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| KUERSTON, et al., | |
| Defendant. | |

Pursuant to the mailbox rule, on November 25, 2022, Plaintiff filed an Opposition to the November 7, 2022 Order (ECF No 152), directing Plaintiff to immediately return to Defense counsel all documents in his possession marked "Confidential—Attorneys' Eyes Only" (ECF No. 158 at 3–4). The Court construes Plaintiff's Opposition as a request for reconsideration.[1]

Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." *Id.* Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

---

[1] Although Plaintiff's request for reconsideration is untimely by one day, the Court considers the merits of Plaintiff's request. *See* Local Rule 303(b) ("rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties."); Fed. R. Civ. P. 6(d) (an additional three days are added to this period when, as here, service of the Court's order is made upon Plaintiff by mail).

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the Order of the magistrate judge filed November 7, 2022 is AFFIRMED.

**DATED: January 2, 2023**

Troy L. Nunley
United States District Judge