UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>    Plaintiff,<br><br>  v.<br><br>KUERSTON, et al.,<br><br>    Defendants. | No. 2: 19-cv-00450 TLN KJN P<br><br><br>ORDER |

  Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for jury trial before the Honorable Troy L. Nunley on February 6, 2023.

  On May 13, 2022, the undersigned granted defendants' motion for inmate Andre Williams to attend trial as defendants' witness. (ECF No. 125.) Records from the California Department of Corrections and Rehabilitation ("CDCR") reflect that Andre Williams is no longer incarcerated. For this reason, the undersigned is unable to issue a writ of ad testificandum for Andre Williams to be brought to trial. Defendants shall arrange for Andre Williams to appear as a witness at trial.

////

////

////

1

1 | Accordingly, IT IS HEREBY ORDERED that defendants shall arrange for Andre Williams to appear as a witness at trial.

Dated: January 10, 2023

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Tay450.wrt(2)