IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**KENNETH LEE TAYLOR,**

Plaintiff,

v.

**C. MEDINA, et al.,**

Defendants.

Case No. 2:19-cv-00450-TLN-KJN (PC)

**ORDER REGARDING DEFENSE WITNESSES ATKIN AND WILLIAMS' AVAILABILITY FOR TRIAL**

On January 23, 2023, the parties stipulated that defense witnesses Dr. Dave Atkin and Andre Williams could be available for trial starting on Tuesday, February 7, 2023 as opposed to Monday, February 6, 2023, subject to the Court's approval.  (ECF No. 166 at 4.)  The parties so stipulated to accommodate and minimize disruptions to these witnesses' schedules—Dr. Atkin is a practicing orthopedic surgeon with patient appointments, and Mr. Williams was recently paroled and has started a new job.  (*Id.*)

Having considered the parties' stipulation, the Court **orders** that defense witnesses Dr. Dave Atkin and Andre Williams are not required to appear for trial on February 6, 2023.  The Court further **orders** that these witnesses shall be available for trial starting at 9:00 a.m. on February 7, 2023 until released by the Court.

Dated:  January 25, 2023

Troy L. Nunley
United States District Judge

1