IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Kenneth Lee Taylor

              Plaintiff(s)

   vs.

Kuerston, et al.

             Defendants.
                           /

No. 2:19-cv-00450-TLN

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, YOLANDA HUANG, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on Jan. 30, 2023, by the Honorable Troy Nunley, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

travel from Berkeley to Stockton, for in person legal visit with Plaintiff, who is in custody at Stockton Medical Facility.  The purpose is for a first meeting with Plaintiff, and to obtain the physical file from Plaintiff.  The meeting has been scheduled for Friday, February 24, 2023. The round trip mileage per Google maps is 150 miles.

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation.  Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 98.25 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:19-cv-00450-TLN

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $98.25 | Round travel reimbursement for travel from Berkeley to Stockton | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21st day of February, 20 23, at Berkeley, California.

s/ Yolanda Huang

Attorney for Plaintiff(s)

The above expenditure is ___X___ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: __February 22, 2023__

Troy L. Nunley
United States District Judge