1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KENNETH LEE TAYLOR,                        No.  2: 19-cv-0450 TLN KJN P

12                    Plaintiff,

13          v.                                    ORDER

14    C. MEDINA, et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C.

18    § 1983.  On January 30, 2023, the Honorable Troy L. Nunley appointed counsel for plaintiff.

19    (ECF No. 174.)  Judge Nunley ordered the parties to file a joint status report with proposed

20    discovery deadlines within thirty days.  (Id.)  Judge Nunley also reset the jury trial to February 5,

21    2024.  (Id.)

22          On March 1, 2023, the parties filed a joint status report containing proposed discovery

23    deadlines stipulated to by the parties.  (ECF No. 176.)  Good cause appearing, the proposed

24    discovery deadlines are adopted herein.  The undersigned also sets the pretrial conference herein.

25          Accordingly, IT IS HEREBY ORDERED that:

26          1.   Fact discovery closes on August 30, 2023; any motions to compel regarding fact

27               discovery shall be heard on or before August 30, 2023;

28          2.   The parties shall designate expert witnesses no later than September 15, 2023;

1

3.  The parties shall designate rebuttal expert witnesses no later than October 9, 2023;

4.  Expert discovery closes on November 1, 2023;

5.  The final pretrial conference is set for November 16, 2023, at 2:00 p.m., before the Honorable Troy L. Nunley.  The parties shall file a joint pretrial statement no later than November 9, 2023.

Dated:  March 7, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Tay450.stip(4)

2