Law Office of Yolanda Huang
Yolanda Huang, State Bar No. 10453
P.O. Box 5475
Berkeley, CA94705-0475
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
yhuang.law@gmail.com

*Attorney for Plaintiff*

ROB BONTA, State Bar No. 202668
Attorney General of California
MARISA KIRSCHENBAUER, State Bar No. 226729
Supervising Deputy Attorney General
CASSANDRA J. SHRYOCK, State Bar No. 300360
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3582
  Fax:  (415) 703-5843
  E-mail:  Marisa.Kirschenbauer@doj.ca.gov
*Attorneys for Defendants*
*C. Medina and M. Chavez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>　　　　　　Plaintiffs<br><br>vs.<br><br>KUERSTON, et. Al.,<br><br>Defendants. | Case No.: 2:19-cv-00450-TLN-CSK<br><br>PARTIES' STIPULATION TO EXTEND EXPERT DISCLOSURE AND RELATED DEADLINES; ORDER<br><br>Presiding Judge: Daniel J. Calabretta<br><br>Action Filed:  6/27/2018<br><br>Trial Date:       10/7/2024 |

　　　　Whereas counsel for Plaintiff Taylor is an appointed pro-bono counsel;

　　　　Whereas litigation expenses are reviewed, approved and paid through the pro-bono panel;

　　　Whereas, Plaintiff requires an expert witness and has applied to the pro-bono panel for approval of one expert witness;

　　　　Whereas as of the date of this stipulation, that request for approval of the expert witness fee is still under review;

1

Parties' Stipulation to Extend the Deadline for Expert Discovery
*Taylor v. Kuerston.,*   United States District Court, Eastern District of Calif., Case No. 2:19-cv-00450-DJC-KJN

1  Whereas there are over 10,000 pages of medical records and five (5) CDs of medical
2  imaging for review before an expert report can be written;
3  Whereas counsel for Plaintiff has affirmed that to expedite matters she has agreed to
4  advance the fees for the expert and has forwarded the medical records to her expert;
5  The parties hereby stipulate and agree that, in order to accommodate the review and
6  approval process of the pro bono panel for expert fees, and to permit Plaintiff's expert to review the
7  documents and prepare an expert report, the deadline for disclosure of experts per Rule 26(a)(2) and
8  the close of expert discovery are extended by two weeks. The parties also seek to move the date
9  designation for rebuttal experts by three weeks. All other scheduling dates remain unchanged.

Dated: April 24, 2024

LAW OFFICE OF YOLANDA HUANG

Counsel for Plaintiff Kenneth Lee Taylor

By: */s/ Yolanda Huang*
    YOLANDA HUANG

Dated: April 24, 2024

ROB BONTA
Attorney General of California

*/s/ Marisa Kirschenbauer*
MARISA KIRSCHENBAUER
Supervising Deputy Attorney General
*Attorneys for Defendants*
*C. Medina and M. Chavez*

2

Parties' Stipulation to Extend the Deadline for Expert Discovery
*Taylor v. Kuerston.*,  United States District Court, Eastern District of Calif., Case No. 2:19-cv-00450-DJC-KJN

ORDER

Good cause appearing,

IT IS HEREBY ORDERED as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Initial Designation of Experts | April 29, 2024 | May 13, 2024 |
| Rebuttal Designation of Experts | May 28, 2024 | June 18, 2024 |
| Close of Expert Discovery | June 24, 2024 | July 8, 2024 |

Dated:  April 24, 2024             /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE

.

3

Parties' Stipulation to Extend the Deadline for Expert Discovery
*Taylor v. Kuerston.,*   United States District Court, Eastern District of Calif., Case No. 2:19-cv-00450-DJC-KJN