UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR, | No. 2:19-cv-00450 DJC CSK P |
| Plaintiff, | |
| v. | ORDER |
| KUERSTON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for re-referral to a settlement conference. (ECF No. 198.) Defendants have opposed this request. (ECF No. 199.) For the reasons stated herein, plaintiff's request is denied without prejudice.

On June 12, 2024, this Court conducted a settlement conference in this action via zoom. This action did not settle. In the pending request, plaintiff requests that that the court set a further settlement conference in person. Defendants' opposition asserts they believe no further negotiations would be productive. (ECF No. 199 at 1.)

Having considered plaintiff's request, and defendants' representation that a further settlement conference would not be productive, this Court denies plaintiff's request for re-referral to a settlement conference without prejudice.

////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for re-referral to a
2 settlement conference (ECF No. 198) is denied.
3 Dated: June 20, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB/Prisoner Inbox/Civil/R/Tay450.den