IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH TAYLOR

        Plaintiff(s)

vs.

KUERSTON, et al.

        Defendants.

No. 2:19-cv-00450-DJC-CSK

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Yolanda Huang, appointed pro-bono, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on Jan. 31, 2023, by the Honorable Troy L. Nunley, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> Plaintiff had a pre-existing condition of spinal spondylitis. After a use of force by defendants, he required spinal surgery which has left him wheelchair bound. Defense expert opined that the spinal surgery was neessitated by the spinal spondylitis, independent of the use of force. Plaintiff requires a medical expert to evaluate whether there is a causal link between the use of force and the ensuing spinal surgery.
> See attachment for additional information.

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 7,000

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:19-cv-00450-TLN

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $7,000 | Expert Witness Fee | |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of April, 20 24, at Berkeley, California.

*Yolanda Huang*

Attorney for Plaintiff(s)

The above expenditure is APPROVED.

DATED: June 26, 2024

*Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE