IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH TAYLOR

          Plaintiff(s)

vs.

KUERSTON, et al

          Defendants.

No. 2:19-cv-00450-DJC-CSK

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, YOLANDA HUANG, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on Jan. 30, 2023, by the Honorable Troy Nunley, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> The defendants have designed a medical expert, Mike Atkins, M.D. Attached are his curriculum vitae and his current rate sheet.
> Plaintiff's counsel plans to depose Dr. Atkins. Dr. Atkins charges $1,500 per hour as expert witness fees. I anticipate it will take two hours to depose Dr. Atkins, for a total of $3,000. Reimbursement for deposition expenses for the shorthand reporter and transcript will be separately requested from the TRF.

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 3,000.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:19-cv-00450-DJC-CSK

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $98 | Travel | $0 |
| $7,000 | Pltf medical expert review and report expenses | $0 |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22nd day of June, 20 24, at Berkeley, California.

s/ Yolanda Huang

Attorney for Plaintiff(s)

The above expenditure is APPROVED.

DATED:  July 1, 2024

_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE