IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH TAYLOR

        Plaintiff(s)

  vs.

KUERSTON, et al

        Defendants.

No. 2:19-cv-00450-TN

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, YOLANDA HUANG, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on Jan. 30, 2023, by the Honorable Troy Nunley, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Defendants have requested a copy of the hearing transcript for the pre-trial hearing of October 3, 2024. Given the number of rulings the court made, plaintiff would also request a copy of the hearing. Having a copy of the transcript would also permit Plaintiff to accurately comply with the Court's rulings. I ahve lsited $100.00 as an estimate, but will request reimbursement for the actual amount charged.

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ $100.00 estimate .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:19-cv-00450-DJC

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of October, 20 24, at Berkeley, California.

s/ Yolanda Huang

Attorney for Plaintiff(s)

The above expenditure is approved.

DATED:  October 7, 2024

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE